

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-17-00012-CR

Ex Parte Luis Alberto **MOLINA**,
Appellant

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2016W0639
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion to Stay Mandate, and the motion is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court